AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Robert Lubold, Jr.

V.

Metropolitan Life Insurance Company,
WalgreenIIncome Protection Plan for
Store Managers and Walgreen Co.

**SUMMONS IN A CIVIL CASE**

05-11734-RCL

CASE NUMBER:

FILED
CLERKS OFFICE
2005 SEP -2 A 11: 40
U.S. DISTRICT COURT
DISTRICT OF MASS

TO: (Name and address of Defendant)

Metropolitan Life Insurance Company
One Madison Avenue
New York, New York

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan M. Feigenbaum, Esquire
Phillips & Angley
One Bowdoin Square
Boston, MA  02114

an answer to the complaint which is herewith served upon you, within __twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  AUG 2 2 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/31/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Carey A. Luckey | Admin. Asst. - DOI |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): First Class Mail to Metropolitan Life Insurance Company, One Madison Avenue, New York, NY 10010

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  AUG 3 1 2005
             Date

RECEIVED
DIVISION OF INSURANCE
LEGAL DIVISION

Signature of Server: [signature] Carey A. Luckey

Address of Server: One South Station, Boston, MA 02110

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.