AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Robert Lubold, Jr.

V.

Metropolitan Life Insurance Company, Walgreen Income Protection Plan for Store Managers and Walgreen Co.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

Walgreen Income Protection Plan
for Store Managers
1417 Lake Cook Road
Deerfield, IL

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan M. Feigenbaum, Esquire
Phillips & Angley
One Bowdoin Square
Boston, MA  02114

an answer to the complaint which is herewith served upon you, within **twenty** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

AUG 2 2 2005

CLERK

(By) DEPUTY CLERK

DATE

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Massachusetts** | **County of** | **U S D C Court** |

Case Number: 11734RCL

PLAINTIFF:
**Robert Lubold, Jr.,**

vs.

DEFENDENT:
**Metroplitan Life Insurance Company, et al.,**

Received by VTS Investigations on the 30th day of August, 2005 at 12:37 pm to be served on **WALGREEN INCOME PROTECTION PLAN FOR STORE MANAGERS, 1417 Lake Cook Road, Deerfield, IL**.

I, Robert C. Regalado - Process Server, being duly sworn, depose and say that on the **31st day of August, 2005** at **11:00 am, I:**

SERVED the within named **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT WITH JURY DEMAND; CIVIL ACTION COVER SHEET; CATEGORY SHEET** to Theresa Friesan as Legal Administrator of the within named corporation.

**Description** of Person Served:  Age: 45,  Sex: F,  Race/Skin Color: White,  Height: 5'6",  Weight: 130,  Hair: Blond,  Glasses: N

I am over the age of 18 and have no interest in the above action.

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC  STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/12/09

Robert C. Regalado - Process Server
Agency Lic. # 117-001732

Subscribed and Sworn to before me on the 31st day of August, 2005 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**VTS Investigations**
P.O. Box 971
Elgin, IL  60121
(847) 888-4464

Our Job Serial Number: 2005001750

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i