UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No.  05-11734-RCL

|  |  |
|---|---|
| Robert Lubold, Jr. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Metropolitan Life Insurance Company, Walgreen | ) |
| Income Protection Plan for Store Managers and | ) |
| Walgreen Co. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of the defendant Metropolitan Life Insurance

Company in the above-captioned matter.

METROPOLITAN LIFE INSURANCE
COMPANY,
By its attorneys,


/s/ James F. Kavanaugh, Jr.
James F. Kavanaugh, Jr.  BBO #262360
CONN KAVANAUGH ROSENTHAL PEISCH
& FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

DATED:  September 15, 2005

235885.1