UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No.  05-11734-RCL

_____
                                            )
Robert Lubold, Jr.                          )
                                            )
    Plaintiff,                             )
                                            )
v.                                          )
                                            )
Metropolitan Life Insurance Company, Walgreen )
Income Protection Plan for Store Managers and )
Walgreen Co.                                )
                                            )
    Defendants.                            )
_____)


### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance on behalf of the defendant Metropolitan Life Insurance Company in the above-captioned matter.

                                          METROPOLITAN LIFE INSURANCE
                                          COMPANY,
                                          By its attorneys,


                                          /s/ Constance M. McGrane
                                          Constance M. McGrane  BBO #546745
                                          CONN KAVANAUGH ROSENTHAL PEISCH
                                            &amp; FORD, LLP
                                          Ten Post Office Square
                                          Boston, MA 02109
                                          617-482-8200

DATED:  September 16, 2005

235886.1