UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-11734-RCL

ROBERT LUBOLD, JR.            )
    Plaintiff,             )
                           )
V.                             )
                           )
METROPOLITAN LIFE              )
INSURANCE COMPANY, ET AL.)
    Defendants.            )

### MOTION (ASSENTED-TO) OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY TO ENLARGE TIME TO RESPOND TO COMPLAINT

The defendant Metropolitan Life Insurance Company, with the assent of the plaintiff, hereby moves, pursuant to Fed. R. Civ. P. 6(b) and Fed. R. Civ. P. 12(a), to enlarge the time within which it must serve a response to the complaint in this case to and including October 11, 2005.  As grounds therefor, the defendant states that said additional time is necessary in order for it to prepare its response because of the complex nature of the issues raised in the complaint.

ASSENTED TO:
ROBERT LUBOLD, JR.,                     METROPOLITAN LIFE
By his attorney,                        INSURANCE COMPANY,
                                        By its attorney,

 /s/ Jonathan M. Feigenbaum              /s/ James F. Kavanaugh, Jr.
Jonathan M. Feigenbaum                  James F. Kavanaugh, Jr.
BBO #546686                             BBO #262360
PHILIPS & ANGLEY                        Constance M. McGrane
One Bowdoin Square                      BBO #546745
Boston, MA  02114                       CONN KAVANAUGH ROSENTHAL
(617) 367-8787                               PEISCH & FORD, LLP
                                        Ten Post Office Square
                                        Boston, MA  02109
                                        (617) 482-8200

DATED: September 16, 2005
235830.1