UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-11734-RCL

```
_____
                                       )
Robert Lubold, Jr.                     )
                                       )
       Plaintiff,                      )
v.                                     )
                                       )
Metropolitan Life Insurance Company,   )
Walgreen Income Protection Plan for    )
Store Managers and Walgreen Co.        )
                                       )
       Defendants.                     )
_____)
```

## CERTIFICATION OF METLIFE PURSUANT TO L.R. 16.1 (D)(3)

Defendant Metropolitan Life Insurance Company ("MetLife"), by its attorney and an authorized representative, hereby certifies as follows:

1. MetLife and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.

2. MetLife and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| /s/ Lowell D. Kass | /s/ Constance M. McGrane |
| Lowell D. Kass, Esq. | Constance M. McGrane  BBO #546745 |
| Metropolitan Life Insurance Company | CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP |
| 27-01 Queens Plaza North | Ten Post Office Square |
| Long Island City, NY 11101 | Boston, MA 02109 |
| | 617-482-8200 |

DATED: November 21, 2005

241226.1