UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-11734-RCL

_____
                                            )
Robert Lubold, Jr.                          )
                                            )
    Plaintiff,                             )
v.                                          )
                                            )
Metropolitan Life Insurance Company, Walgreen )
Income Protection Plan for Store Managers and )
Walgreen Co.                                )
                                            )
    Defendants.                            )
_____)

**CERTIFICATION OF WALGREENS PURSUANT TO L.R. 16.1 (D)(3)**

Defendants Walgreen Income Protection Plan for Store Managers and Walgreen Co. ("Walgreens"), by their attorney and an authorized representative, hereby certify follows:

1. Walgreens and their counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.

2. Walgreens and their counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ Michael Oettinger
Michael Oettinger, Esq.
Walgreen Co.
300 Wilmot Road
Deerfield, IL 60015-4616

/s/ Constance M. McGrane
Constance M. McGrane  BBO #546745
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

DATED: November 22, 2005

241226.2