UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-11734-RCL

_____
                                            )
Robert Lubold, Jr.                          )
                                            )
    Plaintiff,                              )
v.                                          )
                                            )
Metropolitan Life Insurance Company, Walgreen )
Income Protection Plan for Store Managers and )
Walgreen Co.                                )
                                            )
    Defendants.                             )
_____)

**ASSENTED TO MOTION TO FILE PARTIAL RECORD**
**FOR JUDICIAL REVIEW UNDER SEAL**

    Pursuant to this Court's Order on December 1, 2005 and Local Rule 7.2, the defendants submit the Partial Record for Judicial Review under seal. As ground for this submission and motion to impound, defendants state as follows:

1. This is an ERISA case in which plaintiff seeks the Court's review of a claim for benefits.

2. The administrative claim file contains personal identifiers and personal information relating to the plaintiff which may not be disclosed without compromising plaintiff's privacy interests. See Electronic Case Filing Administrative Procedures, U.S. District Court of Massachusetts, October 24, 2003; K.

3. The material should be impounded until further order of the Court. Upon the conclusion of the case the Partial Record for Judicial Review should be destroyed.

2

4. The plaintiff assents to this Motion.

5. The Scheduling Order of December 1, 2005, requires the Partial Record for Judicial Review to be filed on March 3, 2006.

WHEREFORE, the defendants hereby submit the Partial Record for Judicial Review TO BE FILED UNDER SEAL.

> Respectfully submitted,
> METROPOLITAN LIFE INSURANCE COMPANY, WALGREEN INCOME PROTECTION PLAN FOR STORE MANAGERS and WALGREEN CO.
>
> By their attorneys,
>
> /s/ Constance M. McGrane
> James F. Kavanaugh, Jr., Esq.  BBO #262360
> Constance M. McGrane, Esq.  BBO #546745
> CONN KAVANAUGH ROSENTHAL
>   PEISCH & FORD, LLP
> Ten Post Office Square
> Boston, MA  02109
> (617) 482-8200

Dated: March 3, 2006

248626.1