UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-11734-RCL

_____
                                            )
Robert Lubold, Jr.                          )
                                            )
    Plaintiff,                              )
v.                                          )
                                            )
Metropolitan Life Insurance Company, Walgreen )
Income Protection Plan for Store Managers and )
Walgreen Co.                                )
                                            )
    Defendants.                             )
_____)

## NOTICE OF FILING OF PARTIAL RECORD FOR JUDICIAL REVIEW

    The defendants hereby provide notice that their counsel has filed with the Court a paper copy of three volumes of documents entitled "Partial Record for Judicial Review."

    Respectfully submitted,

METROPOLITAN LIFE INSURANCE
COMPANY, WALGREEN INCOME
PROTECTION PLAN FOR STORE MANAGERS
and WALGREEN CO.
By their attorneys,


/s/Constance M. McGrane
James F. Kavanaugh, Jr. BBO #262360
Constance M. McGrane BBO #546745
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

DATED: March 3, 2006
248624.1