UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-11734-RCL

| | |
|---|---|
| Robert Lubold, Jr. | ) |
| Plaintiff, | ) |
| v. | ) |
| Metropolitan Life Insurance Company, Walgreen Income Protection Plan for Store Managers and Walgreen Co. | ) |
| Defendants. | ) |

### JOINT MOTION FOR REVISION OF THE SCHEDULING ORDER

Plaintiff and defendants hereby move for revision of the Scheduling Order in this matter. As grounds for this motion, the parties state:

1. The parties are attempting to schedule a mediation for this matter in late April, 2006. The parties are optimistic that the claims will be resolved at the mediation.

2. The joint schedule in this matter requires all the parties to agree upon the Record for Judicial Review or to file memorandum concerning additional material to have added to the record for judicial review by March 17, 2006. In order to avoid the attorneys' fees and costs associated with submission of the Record for Judicial Review or motions regarding the same, the parties request that the Scheduling Order be changed to allow the filing of any motions concerning the record after the mediation date, or by May 17, 2006. Parties opposing any such motion shall file an opposition fourteen (14) days thereafter.

3. The Scheduling Order also requires that any party seeking discovery must file such requests for discovery by March 17, 2006. In order to avoid the attorneys' fees and costs associated with such motions, the parties request that any request for discovery shall be filed by May 17, 2006. Parties opposing any such motion shall file any opposition fourteen (14) days thereafter.

4. The Scheduling Order also requires that any motions for summary judgment with accompanying memorandum must be filed by the later of (1) June 9, 2006 or (2) two (2) months after the Court determines what constitutes the record for judicial review, as supplemented, whichever is later. The parties respectfully request that the Court extend the deadline in (1), above, until July 14, 2006.

5. If the case is resolved at mediation, the Court's and parties' resources will not be required to decide upon the Record for Judicial Review, or Motions concerning the record or discovery requests. If the case is not resolved at mediation, changing the schedule will permit the parties sufficient time to brief the relevant issues.

WHEREFORE, the parties jointly request that the Schedule in this matter be revised to permit the filing of any motions for discovery by May 17, 2006; and any summary judgment motion by (1) July 14, 2006, or two months after the Court determines what constitutes the

record for judicial review, as supplemented, whichever is later.

        Respectfully submitted,

        METROPOLITAN LIFE INSURANCE COMPANY,
        WALGREEN INCOME PROTECTION PLAN FOR
        STORE MANAGERS and WALGREEN CO.

        By their attorneys,

        /s/ Constance M. McGrane
        James F. Kavanaugh, Jr. BBO #262360
        Constance M. McGrane BBO #546745
        CONN KAVANAUGH ROSENTHAL
         PEISCH & FORD, LLP
        Ten Post Office Square
        Boston, MA 02109
        (617) 482-8200

        ROBERT LUBOLD, JR.

        By his attorney,

        /s/ Jonathan M. Feigenbaum
        Jonathan M. Feigenbaum BBO #546686
        PHILIPS & ANGLEY
        One Bowdoin Square
        Boston, MA  02114
        (617) 367-8787

DATED: March 17, 2006
249921.1