UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-11734-RCL

| | |
|---|---|
| Robert Lubold, Jr. | ) |
| Plaintiff, | ) |
| v. | ) |
| Metropolitan Life Insurance Company, Walgreen Income Protection Plan for Store Managers and Walgreen Co. | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff, Robert Lubold, Jr. and Metropolitan Life Insurance Company hereby stipulate that all claims against defendants be dismissed with prejudice, with all parties to bear their own attorneys' fees and costs, and with rights of appeal waived.

| | |
|---|---|
| ROBERT LUBOLD, JR.<br>By his attorney, | METROPOLITAN LIFE INSURANCE COMPANY<br>By its attorneys, |
| /s/ Jonathan M. Feigenbaum<br>Jonathan M. Feigenbaum  BBO #546686<br>Phillips & Angley<br>One Bowdoin Square<br>Boston, MA  02114<br>(617) 367-8787 | /s/ Constance M. McGrane<br>James F. Kavanaugh, Jr.  BBO #262360<br>Constance M. McGrane  BBO #655178<br>CONN KAVANAUGH ROSENTHAL<br>  PEISCH & FORD, LLP<br>Ten Post Office Square<br>Boston, MA  02109<br>(617) 482-8200 |

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing on May 25, 2006.

/s/ Constance M. McGrane
Constance M. McGrane, Esq.

254848.1